

## MAY 1976 CALENDAR

From:  The District Court of the Thirteenth Judicial District.  County of Yellow-stone.
STATE OF MONTANA, Plaintiff, vs. NORMAN AST, Defendant.

DECISION

No. 9753

The application of the above-named defendant for a review of the sentence of 100 years for Deliberate Homicide imposed on January 6th, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Richard Weber, Montana Defender Project, for his assistance to the defendant and to this Court.

DATED this 7th day of May, 1976.

SENTENCE REVIEW DIVISION

Jack L. Green, Chairman; Robert C. Sykes, Robert J. Boyd.

## OCTOBER 1976 CALENDAR

From:  The District Court of the Fourth Judicial District.  County of Ravalli.
STATE OF MONTANA, Plaintiff, vs. DAVID L. COURSER, Defendant.

DECISION

No. C 1474

The application of the above-named defendant for a review of the sentence of Robbery, term of 40 with 10 years suspended imposed on December 12, 1975, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Noel K. Larrivee, Attorney at Law, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Robert J. Boyd.